NOVEMBER 6, 1961

A.R.D. 137.—M. M. DuPouey *v.* United States, Judgment and decision, dismissing the appeals, and Reap. Dec. 9883, denying rehearing, affirmed.